# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BALKIN, LAWRENCE EDWARD  §   Case No. 14-19962
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/29/2014 . The undersigned trustee was appointed on 05/29/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $        20,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 12.78 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,828.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 17,659.22 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/24/2016 and the deadline for filing governmental claims was 08/24/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,517.20 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,517.20 , for a total compensation of $ 2,517.20 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 2.91 , for total expenses of $ 2.91 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/22/2017          By: /s/JOSEPH E. COHEN
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-19962 ABG Judge: A. BENJAMIN GOLDGAR | | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BALKIN, LAWRENCE EDWARD | | | Date Filed (f) or Converted (c): | 05/29/14 (f) |
| | | | | 341(a) Meeting Date: | 06/26/14 |
| For Period Ending: | 03/22/17 | | | Claims Bar Date: | 08/24/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 4 bedroom home, 2 car garage, 1/3 of an | 288,327.50 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 202.00 | 0.00 | | 0.00 | FA |
| Chase Bank 513 Central Ave., Highland Park, IL 60035 | | | | | |
| 3. Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
| Household: furniture Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |
| 4. Furs and Jewelry | 25,000.00 | 0.00 | | 20,500.00 | FA |
| Jewelry: 5 watches (collection) Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |
| 5. Insurance Policies | 73,000.00 | 0.00 | | 0.00 | FA |
| Insurance: The Hartford CSV | | | | | |
| 6. Insurance Policies | 4,300.00 | 0.00 | | 0.00 | FA |
| AICPA Insurance Trust CSV | | | | | |
| 7. Pension / Profit Sharing | 458,039.00 | 0.00 | | 0.00 | FA |
| Retirement: IRA accts. World Equity Group, Inc. Location: Morgan Stanley, Smith Barney | | | | | |
| 8. Stock | 55,883.40 | 0.00 | | 0.00 | FA |
| 30% interest in Balkin Realty LLC. Holding company for condo at 100 Fox Glen, Barrington, IL; FMV is $400,000 less mtg. of $248,722 leaving equity of $151,278; and undeveloped land located at Little Norway, Phase 1, Lot 4, Costilla County, CO; FMV is $35,000. Total value of company is $186,278. Debtor's interest is 30% X $186,278 = $55,883.40 | | | | | |
| 9. Vehicles | 7,144.00 | 0.00 | | 0.00 | FA |
| Auto: 2008 Pomtiac Torrent, 44000miles Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |
| 10. Vehicles | 7,916.00 | 0.00 | | 0.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                      Ver: 19.07a

Case 14-19962    Doc 32    Filed 04/27/17    Entered 04/27/17 08:50:54    Desc Main
Document      Page 4 of 9

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No.: | 14-19962 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALKIN, LAWRENCE EDWARD | Date Filed (f) or Converted (c): | 05/29/14 (f) |
| | | 341(a) Meeting Date: | 06/26/14 |
| | | Claims Bar Date: | 08/24/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Auto: 2010 Dodge Caravan Mini Van, 35,000 miles Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $924,811.90 | $0.00 | | $20,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FOUND BUYER FOR WATCHES AND WILL FILE MOTION TO APPROVE SALE - 1/13/17.  COMPANY BACKED OUT OF SALE - 10/31/16. TRUSTEE HAS SET MOTION TO EMPLOY COMPANY FOR SALE OF WATCHES FOR JUNE 10, 2016 - May 19, 2016. TRUSTEE FILING MOTION TO SELL JEWELRY - 01/20/16. TRUSTEE OBTAINING OFFERS FOR JEWELRY - Oct. 31, 2015. TRUSTEE HAS HAD JEWELRY APPRAISED AND WILL SELL - July 30, 2015. NO CHANGE - April 30, 2015.  TRUSTEE IS SELLING JEWELRY OWNED BY THE DEBTOR - Jan. 18, 2015.  TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR AND INVESTIGATING POSSIBLE FRAUDULENT CONVEYANCES - August 1, 2014.  INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/16     Current Projected Date of Final Report (TFR): 04/30/17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-19962 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | BALKIN, LAWRENCE EDWARD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0339 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 03/22/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/17 | 4 | HM WATCHES, INC.<br>5 S WABASH AVENUE, STE 814<br>CHICAGO, IL 60603 | | 1129-000 | 20,500.00 | | 20,500.00 |
| 03/01/17 | 300001 | LAWRENCE EDWARD BALKIN<br>C/O JOHN DELGAUDIO, JR.<br>3533 MAGNOLIA DRIVE<br>MARKHAM, IL 60428 | EXEMPTION | 8100-000 | | 2,828.00 | 17,672.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.78 | 17,659.22 |

```
                                              COLUMN TOTALS                    20,500.00        2,840.78       17,659.22
                                        Less: Bank Transfers/CD's                   0.00            0.00
                                              Subtotal                         20,500.00        2,840.78
                                        Less: Payments to Debtors                               2,828.00
                                              Net                              20,500.00           12.78
                                                                                                  NET         ACCOUNT
                           TOTAL - ALL ACCOUNTS                             NET DEPOSITS    DISBURSEMENTS     BALANCE
                           Checking Account (Non-Interest Earn - *******0339) 20,500.00          12.78       17,659.22
                                                                           --------------   --------------  --------------
                                                                              20,500.00          12.78       17,659.22
                                                                           ==============   ==============  ==============
                                                                          (Excludes Account (Excludes Payments  Total Funds
                                                                             Transfers)      To Debtors)       On Hand
```

Page Subtotals         20,500.00        2,840.78

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 22, 2017 |

Case Number: 14-19962  
Debtor Name: BALKIN, LAWRENCE EDWARD

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $2,520.11 | $0.00 | $2,520.11 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,129.58 | $0.00 | $2,129.58 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $345.40 | $0.00 | $345.40 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $403.19 | $0.00 | $403.19 |
| 000003<br>080<br>7200-00 | Johnson Bank<br>c/o David Semmelman, Esq.<br>900 North Shore Dr.<br>Lake Bluff, IL 60044 | Unsecured | | $241,169.00 | $0.00 | $241,169.00 |
| | Case Totals: | | | $246,567.28 | $0.00 | $246,567.28 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-19962  
Case Name: BALKIN, LAWRENCE EDWARD  
Trustee Name: JOSEPH E. COHEN  

       Balance on hand                              $       17,659.22

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,517.20 | $ 0.00 | $ 2,517.20 |
| Trustee Expenses: JOSEPH E. COHEN | $ 2.91 | $ 0.00 | $ 2.91 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 2,066.50 | $ 0.00 | $ 2,066.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 63.08 | $ 0.00 | $ 63.08 |

    Total to be paid for chapter 7 administrative expenses          $     4,649.69  
    Remaining Balance                                           $    13,009.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 748.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as | $ 345.40 | $ 0.00 | $ 345.40 |
| 000002 | American InfoSource LP as agent for | $ 403.19 | $ 0.00 | $ 403.19 |
| | Total to be paid to timely general unsecured creditors | | $ | 748.59 |
| | Remaining Balance | | $ | 12,260.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 241,169.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 5.1 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Johnson Bank | $ 241,169.00 | $ 0.00 | $ 12,260.94 |
| | Total to be paid to tardy general unsecured creditors | | $ | 12,260.94 |
| | Remaining Balance | | $ | 0.00 |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE