IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **LAWRENCE BALKIN** | ) | |
| | ) | No. 14 B 19962 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on April 27, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                       BY:/s/ Joseph E. Cohen
                                                              One of His Attorney

Service List:

PYOD, LLC its successors and assigns
as assignee of Citibank, NA
Resurgent Capital Services
P.O. Box 19008
Greenville, SC   29602

American InfoSource LP as agent for
TD Bank, USA
P.O. Box 248866
Oklahoma City, OK   73124-8866

David Semmelman, Esq.
900 North Shore Drive
Lake Bluff, IL   60044

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

John Delgaudio, Jr.
3533 Magnolia Drive
Markham, IL   60428