# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BALKIN, LAWRENCE EDWARD § Case No. 14-19962
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 1,118,394.00 |
| Total Distributions to Claimants: 13,009.53 | Claims Discharged Without Payment: 758,753.06 |
| Total Expenses of Administration: 4,662.47 | |

3) Total gross receipts of $ 20,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,828.00 (see **Exhibit 2**), yielded net receipts of $ 17,672.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 262,292.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,662.47 | 4,662.47 | 4,662.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 530,231.00 | 241,917.59 | 241,917.59 | 13,009.53 |
| **TOTAL DISBURSEMENTS** | $ 792,523.00 | $ 246,580.06 | $ 246,580.06 | $ 17,672.00 |

    4) This case was originally filed under chapter 7 on 05/29/2014 . The case was pending for 37 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2017     By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Furs and Jewelry | 1129-000 | 20,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 20,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LAWRENCE EDWARD BALKIN | Exemptions | 8100-000 | 2,828.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,828.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial Attn: Bankruptcy Po Box 130424 Roseville, MN 55113 | | 5,561.00 | NA | NA | 0.00 |
| | Chase 513 Central Ave. Highland Park, IL 60035 | | 256,731.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 262,292.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 2,517.20 | 2,517.20 | 2,517.20 |
| COHEN, JOSEPH E. | 2200-000 | NA | 2.91 | 2.91 | 2.91 |
| ASSOCIATED BANK | 2600-000 | NA | 12.78 | 12.78 | 12.78 |
| COHEN & KROL | 3110-000 | NA | 1,377.67 | 1,377.67 | 1,377.67 |
| JOSEPH COHEN, ATTORNEY | 3110-000 | NA | 688.83 | 688.83 | 688.83 |
| COHEN & KROL | 3120-000 | NA | 63.08 | 63.08 | 63.08 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,662.47 | $ 4,662.47 | $ 4,662.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A M Medical Racine, WI 53140 | | 37,000.00 | NA | NA | 0.00 |
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 0.00 | NA | NA | 0.00 |
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 0.00 | NA | NA | 0.00 |
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 0.00 | NA | NA | 0.00 |
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Bank of America Attn: Correspondence Unit/CA6-919-02-41 Po Box 5170 Simi Valley, CA 93062 | | 0.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 546.00 | NA | NA | 0.00 |
| | Bk Of Amer Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap1/carsn 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Cap1/neimn 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Chase - Cc 225 Chastain Meadows Ct., Nw Kennesaw, GA 30144 | | 0.00 | NA | NA | 0.00 |
| | Chase Auto Attn:National Bankruptcy Dept Po Box 29505 Phoenix, AZ 85038 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 604.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase- Bp Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Harlem Furniture Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Bloomingdales Macy's Bankruptcy Dept. Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na 3800 Rock Creek Blvd. Joliet, IL 60431 | | 0.00 | NA | NA | 0.00 |
| | Ford Motor Credit Corporation Ford Motor Credit Po Box 6275 Dearborn, MI 48121 | | 0.00 | NA | NA | 0.00 |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P O Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | G M A C P.o. Box 380901 Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB/ HH Gregg Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/ PayPal Buyer credit Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/Mens Wearhouse Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 480.00 | NA | NA | 0.00 |
| | Gecrb/Mens Wearhouse Attn: bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/lord & Tay Po Box 965015 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Glenview State Bank 800 Waukegan Rd Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Harris Bank POB 2880 Chicago, IL 60690 | | 249,000.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 700.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/Office Max Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/comp Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Jared/Sterling Jewelers Po Box 1799 Attn: Bankruptcy Akron, OH 44333 | | 0.00 | NA | NA | 0.00 |
| | Johnson Bank Milwaukee, WI 53140 | | 241,169.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 346.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rshk/cbsd Attn.: Citi Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | Sharyl Balkin 100 Fox Glen Barrington, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Springleaf Financial Services Attention: Bankruptcy Department Po Box 3251 Evansville, IN 47731 | | 0.00 | NA | NA | 0.00 |
| | Target N.b. Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Wffnb/lazboy Mc Po Box 94498 Las Vegas, NV 89193 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 386.00 | 403.19 | 403.19 | 403.19 |
| 000001 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 0.00 | 345.40 | 345.40 | 345.40 |
| 000003 | DAVID SEMMELMAN, ESQ. | 7200-000 | NA | 241,169.00 | 241,169.00 | 12,260.94 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 530,231.00 | $ 241,917.59 | $ 241,917.59 | $ 13,009.53 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-19962 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | BALKIN, LAWRENCE EDWARD | Date Filed (f) or Converted (c): | 05/29/14 (f) |
| | | 341(a) Meeting Date: | 06/26/14 |
| For Period Ending: | 06/08/17 | Claims Bar Date: | 08/24/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 4 bedroom home, 2 car garage, 1/3 of an | 288,327.50 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 202.00 | 0.00 | | 0.00 | FA |
| Chase Bank 513 Central Ave., Highland Park, IL 60035 | | | | | |
| 3. Household Goods | 5,000.00 | 0.00 | | 0.00 | FA |
| Household: furniture Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |
| 4. Furs and Jewelry | 25,000.00 | 0.00 | | 20,500.00 | FA |
| Jewelry: 5 watches (collection) Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |
| 5. Insurance Policies | 73,000.00 | 0.00 | | 0.00 | FA |
| Insurance: The Hartford CSV | | | | | |
| 6. Insurance Policies | 4,300.00 | 0.00 | | 0.00 | FA |
| AICPA Insurance Trust CSV | | | | | |
| 7. Pension / Profit Sharing | 458,039.00 | 0.00 | | 0.00 | FA |
| Retirement: IRA accts. World Equity Group, Inc. Location: Morgan Stanley, Smith Barney | | | | | |
| 8. Stock | 55,883.40 | 0.00 | | 0.00 | FA |
| 30% interest in Balkin Realty LLC. Holding company for condo at 100 Fox Glen, Barrington, IL; FMV is $400,000 less mtg. of $248,722 leaving equity of $151,278; and undeveloped land located at Little Norway, Phase 1, Lot 4, Costilla County, CO; FMV is $35,000. Total value of company is $186,278. Debtor's interest is 30% X $186,278 = $55,883.40 | | | | | |
| 9. Vehicles | 7,144.00 | 0.00 | | 0.00 | FA |
| Auto: 2008 Pomtiac Torrent, 44000miles Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |
| 10. Vehicles | 7,916.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-19962   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALKIN, LAWRENCE EDWARD | Date Filed (f) or Converted (c): | 05/29/14 (f) |
| | | 341(a) Meeting Date: | 06/26/14 |
| | | Claims Bar Date: | 08/24/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Auto: 2010 Dodge Caravan Mini Van, 35,000 miles Location: 2725 Greenwood Ave, Highland Park IL 60035 | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $924,811.90 | $0.00 | | $20,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SUBMITTED TFR TO US TEE FOR REVIEW 4/4/17 - TRUSTEE HAS FOUND BUYER FOR WATCHES AND WILL FILE MOTION TO APPROVE SALE - 1/13/17.  COMPANY BACKED OUT OF SALE - 10/31/16.  TRUSTEE HAS SET MOTION TO EMPLOY COMPANY FOR SALE OF WATCHES FOR JUNE 10, 2016 - May 19, 2016.  TRUSTEE FILING MOTION TO SELL JEWELRY - 01/20/16.  TRUSTEE OBTAINING OFFERS FOR JEWELRY - Oct. 31, 2015.  TRUSTEE HAS HAD JEWELRY APPRAISED AND WILL SELL - July 30, 2015.  NO CHANGE - April 30, 2015.  TRUSTEE IS SELLING JEWELRY OWNED BY THE DEBTOR - Jan. 18, 2015.  TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM DEBTOR AND INVESTIGATING POSSIBLE FRAUDULENT CONVEYANCES - August 1, 2014.  INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/16     Current Projected Date of Final Report (TFR): 04/30/17

Page: 1

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-19962 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BALKIN, LAWRENCE EDWARD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0339 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | |
| For Period Ending: | 06/08/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/17 | 4 | HM WATCHES, INC.<br>5 S WABASH AVENUE, STE 814<br>CHICAGO, IL 60603 | | 1129-000 | 20,500.00 | | 20,500.00 |
| 03/01/17 | 300001 | LAWRENCE EDWARD BALKIN<br>C/O JOHN DELGAUDIO, JR.<br>3533 MAGNOLIA DRIVE<br>MARKHAM, IL 60428 | EXEMPTION | 8100-000 | | 2,828.00 | 17,672.00 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.78 | 17,659.22 |
| 05/22/17 | 300002 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 2,520.11 | 15,139.11 |
| | | | Fees        2,517.20 | 2100-000 | | | |
| | | | Expenses        2.91 | 2200-000 | | | |
| 05/22/17 | 300003 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 1,440.75 | 13,698.36 |
| | | | Fees        1,377.67 | 3110-000 | | | |
| | | | Expenses        63.08 | 3120-000 | | | |
| 05/22/17 | 300004 | JOSEPH E. COHEN, ATTORNEY<br>105 W. MADISON, STE 1100<br>CHICAGO, IL 60602 | Claim ADMIN3, Payment 100.00000% | 3110-000 | | 688.83 | 13,009.53 |
| 05/22/17 | 300005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000001, Payment 100.00000% | 7100-000 | | 345.40 | 12,664.13 |
| 05/22/17 | 300006 | American InfoSource LP as agent for | Claim 000002, Payment 100.00000% | 7100-000 | | 403.19 | 12,260.94 |

Page Subtotals          20,500.00          8,239.06

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-19962 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | BALKIN, LAWRENCE EDWARD | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0339  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8639 | | | |
| For Period Ending: | 06/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/17 | 300007 | TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br>Johnson Bank<br>c/o David Semmelman, Esq.<br>900 North Shore Dr.<br>Lake Bluff, IL 60044 | Claim 000003, Payment 5.08396% | 7200-000 | | 12,260.94 | 0.00 |

|  | | |
| --- | --- | --- |
| COLUMN TOTALS | 20,500.00 | 20,500.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 20,500.00 | 20,500.00 | |
| Less: Payments to Debtors | | 2,828.00 | |
| Net | 20,500.00 | 17,672.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0339 | 20,500.00 | 17,672.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,500.00 | 17,672.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      12,260.94

Ver: 20.00a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*